1018

Ed KNUCKLEY, Appellant, v. F. G. ZERBST, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 8682.

Circuit Court of Appeals, Fifth Circuit.

June 6, 1938.

Ed Knuckley, in pro. per., for appellant.

Lawrence S. Camp, U. S. Atty., and J. Ellis Mundy and Harvey H. Tisinger, Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before FOSTER, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

LANCASHIRE SHIPPING COMPANY, Ltd., Plaintiff-Appellant, v. Harry M. DURNING, Collector of Customs, Port of New York, Defendant-Appellee.

No. 308.

Circuit Court of Appeals, Second Circuit.

May 2, 1938.

Hunt, Hill & Betts, of New York City (John W. Crandall and Helen F. Tuohy, both of New York City, of counsel), for appellant.

Lamar Hardy, U. S. Atty., of New York City (George B. Schoonmaker, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Reversed on the authority of Compagnie Generale Transatlantique v. Elting, 298 U. S. 217, 56 S.Ct. 770, 80 L.Ed. 1151.

LOUISVILLE WATER COMPANY, Appellant, v. ILLINOIS CENTRAL RAILROAD COMPANY, Appellee.

No. 7459.

Circuit Court of Appeals, Sixth Circuit.

May 4, 1938.

Thos. C. Mapother, of Louisvile, Ky., for appellant.

Trabue, Doolan, Helm & Helm, of Louisville, Ky., for appellee.

Before HICKS and SIMONS, Circuit Judges, and NEVIN, District Judge.

PER CURIAM.

This case is affirmed upon the grounds and for the reasons stated by the District Judge in his opinion filed April 15, 1936, 14 F.Supp. 301.